# MOTION DOCKET

**86–425.  State v. Post.**
Lorain App. No. 3868.  On motion to set execution date.  Motion granted.
MOYER, C.J., DOUGLAS and F.E. SWEENEY, JJ., dissent.

**96–2301.  State v. Palmer.**
Belmont App. No. 89–B–28.  This cause is pending before the court as an appeal from the Court of Appeals for Belmont County.  Upon consideration of appellant's objection to appearance of Assistant Franklin County Prosecuting Attorney Joyce S. Anderson,
IT IS ORDERED by the court that the objection to appearance of Assistant Franklin County Prosecuting Attorney Joyce S. Anderson be, and hereby is, denied, effective September 2, 1997.

**97–352.  State v. Hymes.**
Mahoning App. No. 93 C.A. 182.  On motion for leave to file delayed appeal.  Motion granted.
RESNICK and F.E. SWEENEY, JJ., dissent.

**97–395.  State v. Houser.**
Cuyahoga App. No. 69639.  On motion for leave to file delayed appeal.  Motion denied.

**97–668.  State v. Mayfield.**
Summit App. No. 18231.  On motion for leave to file delayed appeal.  Motion denied.

**97–683.  State v. Mitchell.**
Cuyahoga App. No. 70121.  On motion for leave to file delayed appeal.  Motion denied.
PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**97–765.  Simmons v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 95–B–951.  On motion for order construing notice of appeal as adequate notice to appellees.  Motion granted.
MOYER, C.J., DOUGLAS and COOK, JJ., dissent.

**97–931.  State v. Brady.**
Summit App. No. 17750.  On motion for leave to file delayed appeal.  Motion denied.
PFEIFER, J., dissents.

**97–1013.  State ex rel. The Toledo Blade Co. v. Hancock Cty. Bd. of Commrs.**
In Mandamus.  On motion for issuance of peremptory writ and on answer of respondent.  *Sua sponte,* alternative writ granted.
PFEIFER, J., dissents and would grant a peremptory writ and attorney fees.

**97–1124.  State v. Chavis.**
Franklin App. No. 96APA09–1158.  On motion for leave to file delayed appeal.  Motion denied.
PFEIFER and LUNDBERG STRATTON, JJ., dissent.